UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
PELEUS INSURANCE COMPANY,

Plaintiff, JUDGMENT

v.

24-CV-1150 (RER) (VMS)

HP BUILDING MANAGEMENT INC.,

Defendant.
--------------------------------------------------------------X

A Memorandum and Order of the Honorable Ramon E. Reyes, United States District Judge, having been filed on September 30, 2025, adopting the Report and Recommendation of Magistrate Vera M. Scanlon, dated August 15, 2025, granting Plaintiff's motion for default judgment; and granting Plaintiff's request for a declaratory judgment that it does not have a duty to defend or indemnify HP; it is

ORDERED and ADJUDGED that Plaintiff's motion for default judgment is granted; and Plaintiff's request for a declaratory judgment that it does not have a duty to defend or indemnify HP is granted.

Dated: Brooklyn, New York
September 30, 2025

Brenna B. Mahoney
Clerk of Court

By: *<u>/s/Jalitza Poveda</u>*
Deputy Clerk